

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2014

No. 04-14-00025-CR

Frances Rosalez **FORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2986
Honorable Dick Alcala, Judge Presiding

## O R D E R

Appellant's brief was originally due June 16, 2014; however, the court granted appellant an extension of time to file the brief until July 16. Appellant has filed a motion requesting until August 15 to file the brief.

We grant the motion and order appellant's attorney, to file the brief by **August 15, 2014** (60 days after the originally due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court